FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 03 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 12-32988 |
| | ) Chapter 7 |
| CURTIS L. WARNER and | ) |
| KAREN L. WARNER, | ) |
| Debtors. | ) |

**ORDER AUTHORIZING APPOINTMENT OF EDWARD P. BOWERS, C.P.A., C.I.R.A., D.A.B.F.A., C.F.F. AS ACCOUNTANT TO THE TRUSTEE**

THIS MATTER came on before the United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of North Carolina on the Trustee's Motion to Appoint Edward P. Bowers, C.P.A., C.I.R.A., D.A.B.F.A., C.F.F. as Accountant for the Trustee. Based on the record and the Declaration of Edward P. Bowers, the Court finds that he has previously been employed as an accountant in bankruptcy cases and has experience and expertise in performing the types of services needed herein, he represents no interest adverse to the bankruptcy estate and is a disinterested person within the meaning of the Bankruptcy Code and that his employment would be in the best interest of the bankruptcy estate.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted and the Trustee is authorized to employ Edward P. Bowers, C.P.A., C.I.R.A., D.A.B.F.A., C.F.F. as his Accountant.

This Order has been signed electronically. The
judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court