# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 12-32988 JCW | |
| **Case Name:** | WARNER, CURTIS L. | |
| | WARNER, KAREN L. | |
| **Period Ending:** | 12/31/13 | |

**Trustee:** (530300)    John W. Taylor, Trustee
**Filed (f) or Converted (c):** 12/20/12 (f)
**§341(a) Meeting Date:** 01/23/13
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on Hand<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Etrade Brokage ...2697<br>Debtor Claimed Exemption | 113.52 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank Savings Account ...3238<br>Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America - Checking ...9818<br>Debtor Claimed Exemption | 7.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America - Checking ...2212<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Amplify Credit Union - Checking ...16-S9<br>Debtor Claimed Exemption | 1.47 | 0.00 | | 0.00 | FA |
| 7 | Amplify Credit Union - Savings ...16-S1<br>Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Duke Energy<br>Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 4 Barstools, 1 iron & stone table, 9 bookcase &<br>Debtor Claimed Exemption | 7,600.00 | 0.00 | | 0.00 | FA |
| 10 | 12 wall hangings, 8 wall art/decorative items, b<br>Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-32988 JCW | Trustee: | (530300) | John W. Taylor, Trustee |
| Case Name: | WARNER, CURTIS L. | Filed (f) or Converted (c): | 12/20/12 (f) | |
| | WARNER, KAREN L. | §341(a) Meeting Date: | 01/23/13 | |
| Period Ending: | 12/31/13 | Claims Bar Date: | | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Clothing for debtors and 2 children<br>    Debtor Claimed Exemption | 1,200.00 | 0.00 | | 0.00 | FA |
| 12 | Fur Jacket<br>    Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding Ring<br>    Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 14 | Canon Camera, Sony Video Recorder, Smith & Wesso<br>    Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Mutual of New York - Term Life Insurance - Wife<br>    No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 16 | NB Fog, Inc. 700 Lavaca, Suite 1400 Auston, TX 7<br>    Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Ridgewood Energy X Fund, LLC 947 Linwood Avenue | 25,000.00 | 1,371.99 | | 0.00 | 1,371.99 |
| 18 | Platinum Sales Systems, LP 3736 Bee Cave Road Su | 2,675.00 | 2,675.00 | | 0.00 | 2,675.00 |
| 19 | Platinum Sales Systems, GP, LLC 3736 Bee Cave Ro<br>    No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 20 | La Bella Vista Del Lago, LLC 1001 Capital of Tex<br>    No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Empirical Logic, Inc. 19 Hedge Lane Austin, TX 7<br>    No Equity | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-32988 JCW |
| **Case Name:** | WARNER, CURTIS L. |
| | WARNER, KAREN L. |
| **Period Ending:** | 12/31/13 |

| | |
|---|---|
| **Trustee:** | (530300)   John W. Taylor, Trustee |
| **Filed (f) or Converted (c):** | 12/20/12 (f) |
| **§341(a) Meeting Date:** | 01/23/13 |
| **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 22 | United Emergency Response Contractors, LLC 3736<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Warner Holdings, LIC 3736 Bee Cave Road Suite 1-<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Peyton Radio Group 260 Addie Roy Road, Suite 209<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Curt Warner & Karen Warner v. Montelongo Custom<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Honda Odysssey Van - 2007 Mileage 85,200 | 11,000.00 | 7,325.00 | | 0.00 | 7,325.00 |
| 27 | 2002 Mercedes 5500 -  mileage 54,200 | 8,000.00 | 4,325.00 | | 0.00 | 4,325.00 |
| 28 | 1 dog and 2 cats<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Mutual of New York-Term Life Ins Pol - Husband i<br>No Equity | 0.00 | 0.00 | | 0.00 | FA |
| **29** | **Assets**     **Totals** (Excluding unknown values) | **$59,996.99** | **$15,696.99** | | **$0.00** | **$15,696.99** |

**Major Activities Affecting Case Closing:**

December 31, 2013 - Semi-Annual Report - Debtors discharged September 17, 2013.  Trustee filed application to employ accountant on October 3, 2013; order entered October 3, 2013.  No response received by Trustee from Mr. and MS. Dickey in adversary proceeding; Trustee filed motion for entry of default on October 4, 2013, and default entered against defendants on October 7, 2013.  Trustee filed motion for default judgment  on October 8, 2013 and default judgment entered against

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-32988 JCW |
| **Case Name:** | WARNER, CURTIS L. |
| | WARNER, KAREN L. |
| **Period Ending:** | 12/31/13 |

| | |
|---|---|
| **Trustee:** | (530300)   John W. Taylor, Trustee |
| **Filed (f) or Converted (c):** | 12/20/12 (f) |
| **§341(a) Meeting Date:** | 01/23/13 |
| **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

defendants on October 9, 2013.  Default Judgment served on Defendants on October 9, 2013.

July 31, 2013 - Semi-Annual Report - Trustee conducted 341 meeting on January 23, 2013; Trustee reviewing records.  Debtors filed motion to avoid judgment lien of the Dickeys on January 30, 2013; objection filed by Dickeys.  Trustee filed motion to extend time to object to exemptions on February 22, 2013; order entered March 18, 2013.Trustee filed motion to extend time to object to discharge on March 25, 2013; order entered April 17, 2013.  Trustee filed notice of possible dividends on April 2, 2013.  Trustee filed motion to employ general counsel; order entered April 3, 2013.   Debtors filed motion to amend schedule C on April 12, 2013; objection filed by Dickeys. Trustee filed 2nd motion to extend time to object to exemptions on April 17, 2013; order entered May 9, 2013.  Order granting debtors' motion to amend schedule C entered May 28, 2013.   Trustee filed 2nd motion to extend time to object to discharge on June 14, 2013; order entered July 8, 2013.  Trustee filed adversary proceeding against Dickeys on July 17, 2013.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014          **Current Projected Date Of Final Report (TFR):**  December 31, 2014